No. 1378, Misc.　JONES *v.* UNITED STATES.　C. A. D. C. Cir.　Certiorari denied.　Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1379, Misc.　SCHRUDER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.　C. A. 9th Cir.　Certiorari denied.

No. 1417, Misc.　TORRES *v.* NEW YORK.　Ct. App. N. Y.　Certiorari denied.　*Leon B. Polsky* for petitioner. *Frank S. Hogan* for respondent.

No. 1430, Misc.　ASHBY *v.* VIRGINIA.　Sup. Ct. App. Va.　Certiorari denied.

No. 167, Misc.　COFFEY *v.* FAY, WARDEN.　C. A. 2d Cir.　Certiorari denied.　MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted.　THE CHIEF JUSTICE took no part in the consideration or decision of this petition.　*Alfred I. Rosner* and *Martin B. Rosner* for petitioner.

No. 571.　VON CLEMM ET AL. *v.* SMITH, TREASURER OF THE UNITED STATES, ET AL., 385 U. S. 975;

No. 942.　ALTERMAN TRANSPORT LINES, INC., ET AL. *v.* PUBLIC SERVICE COMMISSION OF TENNESSEE ET AL., *ante,* p. 262;

No. 1004.　ARDEN FARMS CO. ET AL. *v.* STATE DEPARTMENT OF AGRICULTURE ET AL., *ante,* p. 350; and

No. 1198, Misc.　SHANNON *v.* SEQUEECHI, SHERIFF, ET AL., *ante,* p. 481.　Petitions for rehearing denied.